IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:            January 24, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:  Ellen Miller

_____

Civil Action No. 07-cv-02316-RPM

HAVASU SEAPLANE ADVENTURES, LLC,                          Bradley R. Irwin

    Plaintiff,

v.

ALFRED H. UHALT,                                          Richard W. Hanes

    Defendant.
_____

## COURTROOM MINUTES
_____

### Scheduling Conference

**10:23 a.m.     Court in session.**

Court reviews proposed scheduling order and counsel answer questions.

Mr. Hanes states Mr. Quijada is a part owner and agrees his actions are attributable to plaintiff.
Mr. Irwin states plane is in the process of being repaired.
Counsel agree some damage caused by non-party at fault.

Discussion regarding counter claim.

**ORDERED:   Plaintiff's Motion to Dismiss Counterclaim, filed December 4, 2007 [5], is granted. Defendant's counterclaim is dismissed.**

Court states a magistrate judge will be assigned for the limited purpose of conducting settlement upon the filing of a joint motion.

**ORDERED:   Scheduling Order entered.**

**10:35 a.m.    Court in recess.**

Hearing concluded. Total time: 12 min.