IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02316-RPM

HAVASU SEAPLANE ADVENTURES, LLC,
an Arizona Corporation

    Plaintiff,
v.

ALFRED H. UHALT,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND ANSWER

---

On March 10, 2008, the defendant filed a Motion to Amend Answer to Add Affirmative Defense of Fraud [12]. Plaintiff has not objected to the motion and it is therefore

ORDERED that the motion is granted and the First Amended Answer and Jury Demand attached thereto is deemed filed.

Dated: July 24th, 2008

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge