IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:             September 9, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician:   Kathy Terasaki

_____

Civil Action No. 07-cv-02316-RPM

HAVASU SEAPLANE ADVENTURES, LLC,                          Ricky A. Carmickle

     Plaintiff,

v.

ALFRED H. UHALT,                                          Richard W. Hanes
                                                          January D. Barrett

     Defendant.
_____

## COURTROOM MINUTES
_____

**Pretrial Conference**

**1:54 p.m.     Court in session.**

Discussion regarding trial issue, case facts, damages (repair cost and loss of revenue) and witnesses.

Counsel agree primary issue is responsibility for wheel retraction ("pilot in command").
Mr. Hanes states all damages are disputed.
Mr. Carmickle states he will verify whether the damages caused by the crane will not be claimed and that the plane has been repaired and sold.
Counsel state Metropolitan Marine Solutions (crane company) is the designated non-party at fault.
Court instructs counsel to review their list of witnesses for necessity.
Court states its trial procedures.

**Counsel stipulate to a jury pool limited to the seven Denver metro counties.**

Counsel further agree that Colorado law is applicable.

**ORDERED:**   Three day jury trial scheduled December 8, 2008.
              Proposed voir dire and jury instructions to be submitted directly to chambers by 4:00 p.m., December 3, 2008.
              Pretrial Order approved.
              Plaintiff's Motion for Determination of a Question of Law, filed August 25, 2008 [19] is moot pursuant to pretrial conference discussion.

**2:20 p.m.     Court in recess.**          Hearing concluded.  Total time: 26 min.