IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02316-RPM

HAVASU SEAPLANE ADVENTURES, LLC,
an Arizona Corporation

       Plaintiff,

v.

ALFRED H. UHALT,

       Defendant.

---

ORDER SETTING TRIAL DATE

---

       Pursuant to the pretrial conference convened today, it is

       ORDERED that this matter is set for trial to jury on **December 8, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

       Dated:   September 9th, 2008

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge