IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-02316-RPM-MEH

HAVASU SEAPLANE ADVENTURES, LLC,
an Arizona Corporation

    Plaintiff,

v.

ALFRED H. UHALT,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [29], filed on November 26, 2008, it is

ORDERED that this action is dismissed.

Dated: November 28th, 2008

                          BY THE COURT:

                          s/Richard P. Matsch

                          Richard P. Matsch, Senior District Judge